**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:        Kyle Dean Kuykendall v. The State of Texas

Appellate case number:      01-18-00930-CR

Trial court case number:    B15-684

Trial court:                198th District Court of Kerr County

        Appointed counsel for appellant, Kyle Dean Kuykendall, has filed a motion to set aside his "Motion to Withdraw as Counsel" and "Appellant's Brief" filed pursuant to *Anders v. California*, 386 U.S. 738 (1967). The State has filed a response and does not oppose the request. We **grant** the motion, and strike counsel's and *Anders* brief, filed in this appeal on March 6, 2019, and motion to withdraw, filed on March 7, 2019.

        Accordingly, appellant's brief is due to be filed no later than 30 days from the date of this order. *See* TEX. R. APP. P. 38.6(d).

        It is so ORDERED.


Judge's signature: /s/ Russell Lloyd
                        ☑ Acting individually    ☐ Acting for the Court

Date:    April 9, 2019